JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| THE ESTATE OF CHRISTIAN SOTELO JUAREZ, ET AL., | CV 22-1378 PA (PDx) |
|---|---|
| Plaintiffs, | JUDGMENT OF DISMISSAL |
| v. | |
| COUNTY OF LOS ANGELES, ET AL., | |
| Defendants. | |

Pursuant to this Court's January 9, 2023 Minute Order dismissing this action for plaintiffs The Estate of Christian Sotelo Juarez, C.P., a minor, and B.S., a minor, by and through their guardian ad litem Elizabeth Pedroza ("Plaintiffs") failure to retain legal representation and comply with this Court's Orders, it is HEREBY ORDERED, ADJUDGED, AND DECREED that the action filed is dismissed without prejudice.

DATED: January 9, 2023

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE